ACCEPTED
06-14-00186-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/8/2015 2:50:48 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/8/2015 2:50:48 PM
DEBBIE AUTREY
Clerk

## TO THE COURT OF APPEALS
## SIXTH DISTRICT OF TEXAS AT TEXARKANA

### DARRIAN DE'ANTHONY DAVIS-SANDERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

\* \* \* \* \*

## APPELLATE COUNSEL'S AMENDED MOTION TO WITHDRAW

\* \* \* \* \*

**DONALD K. HOOVER**
**Counsel for Appellant**
**Bar I.D. No. 24053019**

**414 W. Sam Rayburn**
**Bonham, Texas 75418**
**903/820-8464 (Telephone)**
**972/767-4355 (Facsimile)**

## NO. 06-14-00186-CR, 06-14-00187-CR, 06-14-00188-CR

**TO THE COURT OF APPEALS**

**SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA**

**DARRIAN DE'ANTHONY DAVIS-SANDERS,**

        **Appellant**

**V.**

**THE STATE OF TEXAS**

        **Appellee**

**\* \* \* \* \***

**APPELLATE COUNSEL'S AMENDED MOTION TO WITHDRAW**

**\* \* \* \* \***

TO THE HONORABLE COURT OF APPEALS, SIXTH DISTRICT OF TEXAS AT TEXARKANA:

Comes now, Donald K. Hoover, counsel for the Appellant, move this Court for an Order allowing counsel to withdraw as appellate counsel of record for Darrian De'Anthony Davis-Sanders. In support of this motion, Counsel would show the Court the following:

1. The Movant was appointed as appellate counsel for the Appellant, Darrian De'Anthony Davis-Sanders.

2. Good cause exists for counsel to withdraw as the Movant has accepted a position as a prosecutor with the Fannin County District Attorney's, which Counsel started on

March 30, 2015. This has create a conflict of interest since Counsel will represent the State of Texas. Moreover, as a prosecutor, Counsel is prohibited from private practice. It is for these reasons Counsel must seek withdrawal from this case.

3.   The trial court has appointed attorney, Micah Belden, to replace Movant as Appellant's attorney, and he has entered his appearance in this matter. Mr. Belden's address and phone number are as follows: 711 N. Travis Street, Sherman, Texas, 75090, (903) 744-4252.

4.   Currently, the Appellant's brief is due to be filed in this case on April 15, 2015. There are no other settings or deadlines in this matter.

5.   Movant has provided Mr. Belden with an electronic copy of all files, pleadings and transcripts, in this case, and fron the trial court level.

6.   The Appellant has been notified of this Motion by first-class mail and by certified mail, return receipt requested, at his last known address: Mr. Darrian D. Davis-Sanders, #01957802, Eastham Unit- TDCJ 2665 Prison Road #1 Lovelady, Texas 75851.

7.   The Appellant has been notified of his right to object to this Motion. (See Notice to Appellant below).

8.   This Motion is not sought for delay, but so that justice may be done and so the Appellant can be represented by qualified counsel.

**Notice to Appellant, Darrian De'Anthony Davis-Sanders**

You do not have to agree to this motion. If you wish to contest the withdrawal of Donald K. Hoover as your attorney, you should state your objections, and reasons behind any objections, IN WRITING to the 6th Court of Appeals at the Bi-State Justice Building, 100 North State Line Avenue #20, Texarkana, Texas 75501. nd hearing will be set regarding this matter appear at the hearing.

WHEREFORE, the Appellant prays that the Court grant this Motion and

allow him to withdraw as appellate counsel of record for Mr. Davis-Sanders.

Respectfully submitted,

   /s/ Donald Hoover
Donald Hoover
Counsel for Appellant
Bar I.D. No. 24053019
414 W. Sam Rayburn
Bonham, Texas 75418
(903) 820-8464 (Telephone)
(972) 767-4355 (Facsimile)

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing Appellant Counsel's Amended Motion to Withdraw has been mailed via first-class mail, certified mail, return receipt requested, or by hand-delivered, on April 7, 2015, to:

<u>Via Hand Delivery</u>
Fannin County District Attorney's Office
Fannin County Courthouse
101 E. Sam Rayburn
Bonham, Texas 75418

<u>Via Hand Delivery</u>
Mr. Micah Belden
711 N. Travis Street
Sherman, Texas 75090

<u>Via first-class mail and by certified mail, return receipt requested</u>
Mr. Darrian D. Davis-Sanders
#01957802
Eastham Unit- TDCJ
2665 Prison Road #1
Lovelady, Texas 75851


      /s/ Donald Hoover
      Donald Hoover